**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Wajeehah Mujahid,         :        Chapter 13

               Debtor.        :        Bky. No. 24-10045 (PMM)

## ORDER ALLOWING PAYMENT IN INSTALLMENTS

**AND NOW**, the *pro se* Debtor having filed an Application for Leave to Pay the Filing Fee in Installments (doc. #3, "the Application");

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. The Debtor shall pay the filing fees as follows:

   a. *$100.00 on or before January 30, 2024;*

   b. *$100.00 on or before February 14, 2024; and*

   c. *$113.00 on or before February 28, 2024.*

*[signature: Patricia M. Mayer]*

**Dated: 1/18/24**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

Copy to:
Wajeehah Mujahid
1725 68th Avenue
Philadelphia, Pa 19126