**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Wajeehah Mujahid aka Barbara Thomas | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 24-10045 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Trust, National Association, not in its individual capacity but solely as Trustee for MFRA Trust 2014-2 and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
18 Jan 2024, 09:26:50, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322