United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 24-10045-pmm

Wajeehah Mujahid                                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 18, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wajeehah Mujahid, 1725 68th Avenue, Philadelphia, Pa 19126-2609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2024                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: **Wajeehah Mujahid,**                    :          **Chapter 13**

                    **Debtor.**          **:**          **Bky. No. 24-10045 (PMM)**

### ORDER ALLOWING PAYMENT IN INSTALLMENTS

            **AND NOW**, the *pro se* Debtor having filed an Application for Leave to Pay the Filing

Fee in Installments (doc. #3, "the Application");

            It is hereby **ORDERED** that:

1.  The Application is **GRANTED**.

2.  The Debtor shall pay the filing fees as follows:

        *a.   $100.00 on or before January 30, 2024;*

        *b.   $100.00 on or before February 14, 2024; and*

        *c.   $113.00 on or before February 28, 2024.*

**Dated: 1/18/24**          _____

                    PATRICIA M. MAYER
                    U.S. BANKRUPTCY JUDGE

Copy to:
Wajeehah Mujahid
1725 68th Avenue
Philadelphia, Pa 19126