Wajeehah Mujahid    Case #: 24-10045

I am requesting an extension to file these documents.

I am in the process of obtaining a Bankruptcy lawyer who is more Knowledgable in this process & understanding these documents.

Thank you,
Wajeehah Mujahid
01/22/2024

