**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Wajeehah Mujahid, : | |
| : | Chapter 13 |
| : | |
| Debtor : | |
| : | Bky. No. 24-10045 (PMM) |

# O R D E R

**AND NOW,** upon consideration of the *pro se* Debtor's Motion to Extend Time to File Documents (doc. # 11, the "Motion")

It is hereby **ORDERED** that:

1) The Motion is **granted**; and

2) The Debtor must file all remaining schedules and documents on or before **February 2, 2024**.

Date:  1/23/24

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Wajeehah Mujahid
1725 68th Avenue
Philadelphia, Pa 19126