**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Wajeehah Mujahid, | : | Case No. 24-10045 (PMM) |
| | : | |
| Debtor. | : | |

## ORDER DISMISSING BANKRUPTCY CASE

**AND NOW** a Show Cause hearing having been held and concluded on February 28, 2024;

AND the Debtor having failed to appear at the hearing;

AND a review of the docket showing no additional payments made and that completed schedules have not been filed;

It is therefore hereby **ORDERED** that this bankruptcy case is **dismissed**.

*Patricia M. Mayer*

**Date: 2/28/24**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Wajeehah Mujahid
1725 68th Avenue
Philadelphia, Pa 19126